No. 531, Misc.   KANE *v.* BURLINGTON SAVINGS BANK
ET AL.   C. A. 2d Cir.   Certiorari denied.   Petitioner *pro
se.   Solicitor General Cox, Acting Assistant Attorney
General Jones* and *Joseph Kovner* for respondent District
Director, Internal Revenue Service.

No. 512, Misc.   POWELL *v.* ANDERSON, JAIL SUPERIN-
TENDENT.   United States Court of Appeals for the Dis-
trict of Columbia Circuit.   Certiorari denied.   Petitioner
*pro se.   Solicitor General Cox, Assistant Attorney General
Marshall, Harold H. Greene* and *Gerald P. Choppin* for
respondent.

No. 516, Misc.   CHAPMAN *v.* TEXAS.   Court of Crimi-
nal Appeals of Texas.   Certiorari denied.

No. 524, Misc.   DRAPER *v.* WASHINGTON ET AL.   Su-
perior Court of Washington, Walla Walla County.
Certiorari denied.

No. 527, Misc.   AGNEW *v.* CALIFORNIA.   Appellate De-
partment, Superior Court of California, County of Los
Angeles.   Certiorari denied.   Petitioner *pro se.   Roger
Arnebergh, Philip E. Grey* and *Wm. E. Doran* for
respondent.

No. 544, Misc.   BUTLER *v.* MASSACHUSETTS.   Supreme
Judicial Court of Massachusetts.   Certiorari denied.
*James R. DeGiacomo* for petitioner.   *Edward W. Brooke,*
Attorney General of Massachusetts, and *James W. Bailey,*
Assistant Attorney General, for respondent.

No. 530, Misc.   NANCE *v.* WARDEN, MARYLAND PENI-
TENTIARY, ET AL.   Baltimore City Court of Maryland.
Certiorari denied.